

P.J.A., Petitioner

v.

H.C.N., Respondent

No. 335 MAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Anthony H. PAGE, Petitioner

No. 321 MAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

Mollie MCGINLEY, Respondent

v.

Paul J. PHILPOTT, Petitioner

No. 282 MAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

BANK OF NEW YORK MELLON f/k/a the Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-through Certificates Series Fhasi 2004–7, by First Horizon Home Loans, a Division of First Tennessee Bank National Association, Master Servicer, in it's Capacity as Agent for the Trustee Under the Pooling and Servicing Agreement, Respondents

v.

Steven E. BACH and Barbara A. Bach, Petitioners

No. 281 MAL 2017

Supreme Court of Pennsylvania.

August 29, 2017